Decided September 12, 2002

STATE OF CONNECTICUT *v.* BENJAMIN JENKINS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 515 (AC 22200), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Felix Esposito,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 12, 2002